# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    Lena Panich              :    Chapter 13
                                   :
                                   :    Bankruptcy Case Number
                                   :    17-16017-mdc

## CERTIFICATE OF SERVICE

I, **MICHAEL S. SCHWARTZ, ESQUIRE**, hereby certify that I sent the Motion to Voluntarily Dismiss Chapter 13 Case on March 1, 2018 via electronic notification and/or United States First Class Mail to the Trustee and all interested parties.

Respectfully Submitted,

\s\ Michael S. Schwartz
**MICHAEL S. SCHWARTZ, ESQUIRE**
Attorney for Debtor