# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      Lena Panich      :     Chapter 13
:
:     **Bankruptcy Case Number**
:     **17-16017-mdc**

## ORDER

**AND NOW**, this  12th  day of  March , 2018, upon consideration of Debtor's Motion to Dismiss, it is hereby **ORDERED AND DECREED** that said Motion is granted and Debtor's Case is Dismissed.

_____
Honorable Magdeline D. Coleman
US Bankruptcy Judge