United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-16017-mdc
Lena Panich                                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: John                 Page 1 of 2              Date Rcvd: Mar 12, 2018
                                Form ID: pdf900            Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 14, 2018.
```
db             +Lena Panich,    1 Wellington Road,    Newtown, PA 18940-2413
aty            +JANET M. SPEARS,    Aldridge Pite, LLP,    4375 Jutland Drive, Suite 200,    PO Box 17933,
                 San Diego, CA 92177-7921
14024946        American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
13979168       +Amex,   Correspondence,   Po Box 981540,    El Paso, TX 79998-1540
13979169      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bk Of Amer,     Po Box 982238,    El Paso, TX 79998)
14005006       +JPMORGAN CHASE BANK, N.A.,    c/o REBECCA ANN SOLARZ,    KML Law Group, P.C.,
                 710 Market Street, Suite 5000,    Philadelphia, PA 19106-2312
13979171       +Nationstar Mortgage LLC,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,
                 Coppell, TX 75019-4620
14012579       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    Attn: BK Department,    PO Box 619094,
                 Dallas TX 75261-9094
13993892       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    c/o KEVIN S. FRANKEL,    Shapiro & DeNardo, LLC,
                 3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
13983494       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    c/o KARINA VELTER,    Manley Deas Kochalski LLC,
                 P.O. Box 165028,   Columbus, OH 43216-5028
14025111       +PNC BANK,   PO BOX 94982,    CLEVELAND OH 44101-4982
13979172       +Pnc Bank,   2730 Liberty Ave,    Pittsburgh, PA 15222-4747
14000133       +U.S. Bank National Association,    PO Box 619096,    Dallas TX 75261-9096
13991887       +U.S. Bank National Association,    for Harborview Mortgage Loan 05-00002,    c/o JANET M. SPEARS,
                 4375 Jutland Dr. Suite 200, PO Box 17933,    San Diego, CA 92177-7921
13979173        Wells Fargo Bank,   Credit Bureau Dispute Resoluti,    Des Moines, IA 50306
14010582        Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Mar 13 2018 02:04:30     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 13 2018 02:04:04
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 13 2018 02:04:28     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13979170       +E-mail/Text: bk.notifications@jpmchase.com Mar 13 2018 02:04:00     Chase Auto Finance,
                 National Bankruptcy Dept,    201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
14018319        E-mail/Text: bk.notifications@jpmchase.com Mar 13 2018 02:04:00     JPMorgan Chase Bank, N.A.,
                 PO BOX 29505 AZ1-1191,    Phoenix, AZ 85038-9505
                                                                                              TOTAL: 5
```

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2            User: John                 Page 2 of 2                   Date Rcvd: Mar 12, 2018
                                Form ID: pdf900            Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2018 at the address(es) listed below:
          KARINA   VELTER    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           amps@manleydeas.com
          KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com
          MICHAEL SETH SCHWARTZ    on behalf of Debtor Lena   Panich msbankruptcy@verizon.net
          REBECCA ANN SOLARZ    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                          TOTAL: 6

Case 17-16017-mdc    Doc 19    Filed 03/14/18    Entered 03/15/18 01:06:32    Desc Imaged
Certificate of Notice    Page 2 of 3

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:         Lena Panich            :    Chapter 13
                                      :
                                      :    Bankruptcy Case Number
                                      :    17-16017-mdc

## ORDER

**AND NOW**, this 12th day of March, 2018, upon consideration of Debtor's Motion to Dismiss, it is hereby **ORDERED AND DECREED** that said Motion is granted and Debtor's Case is Dismissed.

_____
Honorable Magdeline D. Coleman
US Bankruptcy Judge